UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

Sealed
Public and unofficial staff access to this instrument are prohibited by court order.

H-10-258

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| v. | § | |
| | § | CR. NO. |
| JAMES DAVID WRIGHT, | § | |
| | § | 18 U.S.C. § 1001(a)(2) |
| Defendants. | § | |

### INDICTMENT

THE GRAND JURY CHARGES:

At all times material to this Indictment:

1

## COUNT TWO
(False Statement)

On or about September 4, 2009, in the Southern District of Texas and elsewhere, in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, the United States Marshals Service, defendant **JAMES DAVID WRIGHT** knowingly and willfully made and caused to be made material false, fictitious, and fraudulent statements and representations, that is, when he was shown a photograph of the fugitive Harris Dempsey Ballow by a Deputy United States Marshal and asked if he knew the person in the photograph, **WRIGHT** indicated that he did not know the person.

All in violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

José Angel Moreno
United States Attorney

By: _____
JOHN R. LEWIS
Assistant United States Attorney
(713) 567-9732

2