United States District Court
Southern District of Texas
**ENTERED**
January 15, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-10-258-01 |
| | § | |
| CLARENCE HUDGENS | § | |
| JAMES DAVID WRIGHT | § | |

**O R D E R**

The defendants Clarence Hudgens and James Wright filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 574). The motion for continuance is GRANTED. The sentencing hearing is reset to **May 5, 2016 at 9:30 a.m.**

SIGNED on January 15, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge