United States District Court
Southern District of Texas
**ENTERED**
April 29, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-10-258 |
| | § | |
| CLARENCE HUDGENS | § | |
| JAMES DAVID WRIGHT | § | |

**O R D E R**

The government filed an unopposed motion for continuance of the sentencing hearing of Clarence Hudgens and James Wright , (Docket Entry No. 627). The motion for continuance is GRANTED. The sentencing hearing is reset to **December 2, 2016 at 9:30 a.m.**

SIGNED on April 29, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge