United States District Court
Southern District of Texas
**ENTERED**
July 29, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. H-10-258-2 |
| § | |
| JAMES DAVID WRIGHT § | |

## ORDER

Mr. Wright's unopposed motion to travel to Louisville, Kentucky on September 2, 2016, returning to Houston, Texas by September 6, 2016, is granted. (Docket Entry No. 666). Mr. Wright must provide the U.S. Attorney's office and his probation officer a precise schedule for his trip, including the airline or trains he will take, or the vehicle he will use, to make the trip there and back and the names and addresses of the hotel, motel, or other places where he will be staying.

SIGNED on July 29, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge