IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-10-258-2 |
| | § | |
| JAMES DAVID WRIGHT | § | |

**ORDER**

Wright's unopposed motion to travel is granted. (Docket Entry No. 669). He may travel to Colorado on September 22, 2016 and must return to Houston by September 25, 2016. By September 20, 2016, he must provide a detailed itinerary to his probation officer, including the planes, trains, or vehicles he will use and the addresses where he will stay. He must notify the probation officer of his return by September 26, 2016.

SIGNED on August 3, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge