United States District Court
Southern District of Texas
**ENTERED**
November 18, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-10-258 |
| | § | |
| CLARENCE HUDGENS | § | |
| JAMES DAVID WRIGHT | § | |

**O R D E R**

Defendant Wright and Hudgens filed an unopposed motion for continuance of the sentencing hearing. (Docket Entry No. 691). The motion for continuance is GRANTED. The sentencing hearing is reset to **June 8, 2017 at 9:30 a.m.**

SIGNED on November 18, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge