**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-10-258-2 |
| | § | |
| | § | |
| | § | |
| JAMES DAVID WRIGHT | § | |

**O R D E R**

The defendant James David Wright filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 739). The motion for continuance is GRANTED. Wright's sentencing hearing is reset to **March 8, 2018, at 9:00 a.m.**

SIGNED on September 14, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge